An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVIN LANFORD,
Petitioner,
vs.
NEVADA DEPARTMENT OF
CORRECTIONS,
Respondent.

No. 62621

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner seeks an order directing the Nevada Department of Corrections to provide his prison cell with electricity and to allow him access to his inmate account or show cause as to the money owed by him. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. See NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-07750

cc:    Devin Lanford
       Attorney General/Carson City
       Carson City Clerk